87 A.3d 237

IN THE MATTER OF NEIL M. DAY, AN ATTORNEY
AT LAW (ATTORNEY NO. 035931998).

April 10, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–244, concluding that **NEIL M. DAY,** formerly of **TRENTON,** who was admitted to the bar of this State in 1998, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **NEIL M. DAY** is suspended from the practice of law for a period of three months, effective May 7, 2014, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.